

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00497-CV

**CNMK TEXAS PROPERTIES LLC** d/b/a Cinemark Movies 12,
Appellant

v.

Sandra **RODRIGUEZ** and Ruperto R. Rodriguez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT00752 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment and all pretrial and trial rulings incorporated and merged into that final judgment are VACATED and the cause REMANDED to the trial court for further proceedings.

Costs are assessed against the party that incurred them.

SIGNED May 14, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice